UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAIRY EMPLOYEES UNION LOCAL NO. 17 CHRISTIAN LABOR ASSOCIATION OF THE UNITED STATES OF AMERICA PENSION TRUST, et al.,<br><br>        Plaintiffs,<br>vs.<br><br>CHARLES VANDER KOOI DAIRY, *et al.*,<br><br>        Defendants. | **CASE NO. 1:13-CV-00624-LJO-BAM**<br><br>**ORDER TO DISMISS AND CLOSE ACTION** |

Based on Plaintiffs' notice of voluntary dismissal under Fed. R. Civ. P. 41(a)(1)(A)(i), this Court:

    1.    DISMISSES without prejudice this entire action and all claims;

    2.    VACATES all pending matters and dates, including the August 15, 2013 scheduling conference; and

    3.    DIRECTS the clerk to close this action.

IT IS SO ORDERED.

    Dated:  **July 31, 2013**                    **/s/ Lawrence J. O'Neill**
                                                         UNITED STATES DISTRICT JUDGE